# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARNELL KELLAM,** | : | |
| Petitioner, | : | |
| | : | No. 1:20-cv-106 |
| v. | : | |
| | : | (Judge Rambo) |
| **MARK GARMAN,** *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 6th day of February 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge